```
                        United States Bankruptcy Court
                           District of South Dakota
In re:                                                         Case No. 11-30014-CLN
Mattheus Jacobus Badenhorst                                    Chapter 7
Ashley Lynn Badenhorst
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0869-3        User: dbohm              Page 1 of 1         Date Rcvd: Mar 11, 2011
                            Form ID: b9a             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2011.
 db/db      +Mattheus Jacobus Badenhorst,   Ashley Lynn Badenhorst,   809 South First Street,   Lot 11,
              Ft. Pierre, SD 57532-4501
 aty        +Al Arendt,   Arendt Law Office,   401 E Sioux,   PO Box 1077,   Pierre, SD 57501-1077
 tr         +John S. Lovald,   Trustee,   PO Box 421,   Deadwood, SD 57732-0421
1047398     +AMI,   P.O. Box 1843,   Sioux Falls, SD 57101-1843
1047399     +AMI Debt Collection,   P.O. Box 1843,   Sioux Falls, SD 57101-1843
1047396     +Aberdeen Dental Associates,   216 Sixth Avenue SE,   P.O. Box 1186,   Aberdeen, SD 57402-1186
1047397     +Aberdeen Utility,   123 South Lincoln Street,   P.O. Box,   Aberdeen, SD 57401-4215
1047400     +Anesthesia Care, LTD,   P.O. Box 7025,   Amagansett, NY 11930-7025
1047401     +Avera Medical Associates Clinic,   100 MAC Lane,   Pierre, SD 57501-3391
1047402     +Avera St. Luke's Hospital,   305 South State Street,   Aberdeen, SD 57401-4590
1047404     +City Of Pierre,   P.O. Box 1253,   Pierre, SD 57501-1253
1047406     +Direct TV,   P.O. Box 78626,   Phoenix, AZ 85062-8626
1047407     +ERS Solutions,   P.O. Box 9004,   Renton, WA 98057-9004
1047408     +First National Bank,   1620 Dodge Street,   Omaha, NE 68197-0002
1047409     +Home Federal Bank,   P.O. Box 5000,   Sioux Falls, SD 57117-5000
1047410     +Kohl's Department Store,   P.O. Box 55126,   Boston, MA 02205-5126
1047411     +MDU,   718 Steele Avenue,   Rapid City, SD 57701-2951
1047412     +Nationwide Credit Inc.,   2015 Vaughn Road,   Kennesaw, GA 30144-7801
1047414     +Qwest,   EOS,   700 Long Water Drive,   Norwell, MA 02061-1624
1047415     +Sanford,   P.O. Box 5074,   Sioux Falls, SD 57117-5074
1047416     +United Accounts,   P.O. Box 518,   Aberdeen, SD 57402-0518
1047417     +Water Technology,   P.O. Box 1222,   224 West Missouri,   Pierre, SD 57501-4517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 ust         E-mail/Text: ustpregion12.sx.ecf@usdoj.gov Mar 11 2011 20:43:27      Bruce J. Gering,
              314 South Main Avenue, Suite 303,   Sioux Falls, SD  57104-6462
1047403     +EDI: CITICORP.COM Mar 11 2011 20:38:00      Citi Bank,   P.O. Box 6500,
              Sioux Falls, SD 57117-6500
1047405     +EDI: CCS.COM Mar 11 2011 20:38:00      Credit Collections Services,
              Two Wells Avenue, Dept. Dpp773,   Newton, MA 02459-3208
1047413     +E-mail/Text: anthony.flynn@northwestern.com Mar 11 2011 20:42:09      Northwest Energy,
              P.O. Box 1338,   Butte, MT 59702-1338
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2011**           **Signature:**  *Joseph Speetjens*

Form B9A (Chapter 7 Individual or Joint Debtor No Asset Case)                                              Case Number **11−30014**

# UNITED STATES BANKRUPTCY COURT
District of South Dakota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/11/11.

You may be a creditor of the debtor(s). **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

| **Debtor(s):** Mattheus Jacobus Badenhorst  809 South First Street  Lot 11  Ft. Pierre, SD 57532 | Ashley Lynn Badenhorst  809 South First Street  Lot 11  Ft. Pierre, SD 57532 |
|---|---|
| **Case Number:** 11−30014 | **Social Security/Taxpayer ID Numbers:** xxx−xx−9799  xxx−xx−1441 |
| **Attorney for Debtor(s):** Al Arendt  Arendt Law Office  401 E Sioux  PO Box 1077  Pierre, SD 57501−2571  Telephone number: 605−224−7700 | **Bankruptcy Trustee:** John S. Lovald  Trustee  PO Box 421  Deadwood, SD 57732  Telephone number: 605−720−7960 |

### Meeting of Creditors:

Date: **April 20, 2011**        Time: **02:00 PM**        Location: **225 S Pierre St.,Rm 237, Federal Building and US Post Office, Pierre, SD 57501**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Discharge of Debtor(s) *or* to Challenge Dischargeability of Certain Debts: 6/20/11**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the property of the debtor(s). Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult an attorney to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** 225 S. Pierre St., Room 203  Pierre, SD 57501−2463  Telephone number: 605−945−4460  www.sdb.uscourts.gov | **For the Court:** Frederick M. Entwistle  Clerk of the Bankruptcy Court |
|---|---|
| Hours Open:    Monday – Friday 8:00 AM – 5:00 PM | Date: 3/11/11 |

### SEE OTHER SIDE FOR IMPORTANT EXPLANATIONS.

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing property of the debtor(s); starting or continuing lawsuits or foreclosures; and garnishing or deducting from wages of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code.  The debtor(s) may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors.  *You therefore should not file a proof of claim at this time.*  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for doing so.  If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor(s) is (are) seeking a discharge of most debts, which may include your debt.  A discharge means that you may never try to collect the debt from the debtor(s).  If you believe the debtor(s) is (are) not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Discharge of Debtor(s) *or* to Challenge Dischargeability of Certain Debts" listed on the front side.  The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor(s) is (are) permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor(s) must file a list of all property claimed as exempt.  You may inspect that list at the bankruptcy clerk's office.  If you believe an exemption claimed by the debtor(s) is not authorized by law, you may file an objection to that exemption.  The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's(s') property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  You may also review them online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). |
| Foreign Creditors | Consult an attorney familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |
| **Debtor Identification** | **Important notice to individual debtors:  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.  Failure to do so may result in the dismissal of your case.** |

–– Refer to Other Side for Important Deadlines and Notices ––